ROTHSCHILD FRANCIS, Appellant

v.

GEORGE WASHINGTON WILLIAMS, Judge, etc.,
Appellee

No. 3489

Circuit Court of Appeals

Third Circuit

December 13, 1926

*See, also, 21 F.2d 1016 (same opinion), and 1
V.I. 567 (11 F.2d 860)*

PER CURIAM

Upon consideration of the motion on behalf of appellee to dismiss this appeal and the rule thereon upon appellant to show cause why the appeal should not be dismissed, returnable the first Monday of December, 1926, and the case being called on that day, to wit, Monday, December 6, 1926, and there being no appearance on behalf of appellant, it is ordered that the appeal in the above-entitled cause be and the same is hereby dismissed.